MARY J. CARDY AND JOSEPH CARDY, HER HUSBAND, PLAINTIFFS IN ERROR, VS. NANCY JACKSON, ROBERT A. JACKSON AND JOHN NEWCOMB, DEFENDANTS IN ERROR.

Writ of Error to Circuit Court Hillsborough county.

*Wall & Stephens,* for Plaintiffs in Error.

*C. C. Whitaker,* for Defendants in Error.

This action was brought by the plaintiffs in error

against the defendants in error.    There was judgment
dismissing the suit, and the plaintiffs take writ of er-
ror.

The bill of exceptions and the evidentiary bill of ex-
ceptions stricken from the transcript and writ of error
dismissed on motion of defendants in error.